## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KENNETH GANNAWAY,

    Plaintiff,

v.

COMENITY CAPITAL BANK,

    Defendant.

Case No. 1:18-cv-00644

Honorable Sara L. Ellis

### JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41.

Dated: May 18, 2018

Respectively submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Ave, Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Kenneth Gannaway*

*/s/ Jennifer L. Majewski*

Jennifer L. Majewski
**PILGRIM CHRISTAKIS, LLP**
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
+1 312-939-0953
jmajewski@pilgrimchristakis.com

*Counsel for Comenity Capital Bank*