UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Kenneth Gannaway

                     Plaintiff,

v.                                         Case No.: 1:18−cv−00644
                                             Honorable Sara L. Ellis

Comenity Capital Bank

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 4, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to joint stipulation of dismissal (doc. #[18]), this action is dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.